

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 2:19-CR-96 |
| | ) JUDGE GREER |
| WILLIAM ROGER WOODIE | ) |
|   a.k.a. "VOODOO" | ) TO BE SEALED |
| HAILEY LEANN HALE | ) |
|   a.k.a. "BABY MAMA" | ) |
| AMY LAURA LEONARD | ) |
| MELISSA RENEE DAUGHERTY | ) |
|   a.k.a. "MISSY" | ) |
| ANTHONY NATHAN SMITH | ) |
|   a.k.a. "ANTIONE" | ) |
| TIFFANY ROCHELLE CROSS | ) |
|   a.k.a. "TIFF" | ) |
| JOHN HAROLD HYATT, JR. | ) |
|   a.k.a. "LITTLE JOHN" | ) |
| LINSEY JO HYATT | ) |
| RONALD JEREMY BLACK | ) |
| JOSEPH WESLEY HARRISON | ) |
| JAMES EDWARD MALONE | ) |
|   a.k.a. "JIMMY" | ) |
| TRAVIS CHARLES GLOVER | ) |
| CASSIDY JADE HORTON | ) |
|   a.k.a. "CASSIE" | ) |
| DEVIN CLOYD ASHBY | ) |
|   a.k.a. "REDNECK" | ) |
| EARL HAROLD MCCOY, JR. | ) |
| JOSHUA MARTIN HALL | ) |
|   a.k.a. "JOSH" | ) |
| WILLIAM MATTHEW HOWARD | ) |
|   a.k.a. "NOODLE" | ) |
| CRAIG MATTHEW COLLINS | ) |
|     MATTHEW BRIAN PHILLIPS | ) |
|   a.k.a. "MILF" | ) |
| CHASIDY DANIELLE BRUNETTE | ) |
| SHAWN ERIC KENDRICK | ) |
|   a.k.a. "PEEDAB" | ) |
| JOSHUA CAINE MITCHELL | ) |
|   a.k.a. "BIG DAWG" | ) |
| KEVIN LEON DAVIS | ) |
| JONATHAN MATTHEW RATLIFF | ) |

|                                    |   |
|---|---|
| a.k.a. "MATT"                      | ) |
| CARL FRANKLIN BLANKENSHIP          | ) |
| RONALD DEAN CANTRELL, JR.          | ) |
|   a.k.a. "RONNIE"        | ) |
| JESSICA BROOKE LEONARD             | ) |
| BRANDON ISAIAH OTEY                | ) |
| TERESA ANN SMITH                   | ) |
|   a.k.a. "TAZ"           | ) |
| LAUREN KATE SMITH                  | ) |
| JOSHUA CARREON                     | ) |

## MOTION TO SEAL

COMES NOW, the United States of America, by and through the United States Attorney for the Eastern District of Tennessee, and hereby moves to seal all documents in this case, including the Motion to Seal, until such time as the defendants have made an initial appearance before the court, at which time the file may be unsealed unless the court otherwise orders. The sealing of this file should not prevent disclosure of the indictment to duly authorized law enforcement officers or the United States Marshals for purposes of arrest or apprehension of the named defendants.

Respectfully submitted, this the 9th day of July, 2019.

                                        J. DOUGLAS OVERBEY
                                        United States Attorney

                    BY:   *s/ Thomas A. McCauley*
                            THOMAS A. MCCAULEY, TN Bar# 035250
                            ASSISTANT UNITED STATES ATTORNEY
                            220 WEST DEPOT STREET, SUITE 423
                            GREENEVILLE, TN 37743
                            423/639-6759
                            Thomas.McCauley@usdoj.gov